# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10742

_____

UNITED STATES OF AMERICA,

                                                                             Plaintiff-Appellee,

*versus*

HENRY MARTIN STEIGER,
a.k.a. Henry Matthew Steiger,
a.k.a. H M Steiger,
a.k.a. Robert Woods,

                                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:17-cr-00043-RV-2

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION